| | |
|---|---|
| LAW OFFICES<br>WATERFALL ECONOMIDIS CALDWELL<br>HANSHAW & VILLAMANA, P.C.<br>5210 E. WILLIAMS CIRCLE, SUITE 800<br>TUCSON, ARIZONA 85711<br>TELEPHONE (520) 790-5828<br>FACSIMILE (520) 745-1279<br>Steven M. Cox, #005094<br>smcox@waterfallattorneys.com<br>Corey B. Larson, #022549<br>clarson@waterfallattorneys.com | |

*Attorneys for Metric Roofing*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JASON S BROWN,<br><br>      Debtor.<br>_____<br><br>METRIC ROOFING, INC.,<br><br>      Plaintiff,<br>vs.<br><br>JASON S BROWN, Debtor; and DIANNE C. KERNS, as Chapter 13 Trustee,<br><br>      Respondents. | Case No.: 4:15-bk-14304-BMW<br><br>Chapter 13<br><br>Adv.: 4:16-ap-00056-BMW |
| In re:<br><br>SETH MICHAEL WINTERS and GENEVIEVE ALYCE WINTERS,<br><br>      Debtors.<br>_____<br><br>METRIC ROOFING, INC.,<br><br>      Plaintiff,<br>vs.<br><br>SETH MICHAEL WINTERS and GENEVIEVE ALYCE WINTERS, Debtors; and DIANNE C. KERNS, as Chapter 13 Trustee,<br><br>      Respondents. | Case No.: 4:15-bk-14945-BMW<br><br>Chapter 13<br><br>Adv.: 4:16-ap-00108-BMW<br><br>**PLAINTIFF'S MOTION FOR CONSOLIDATION OF ADVERSARY PROCEEDINGS** |

Metric Roofing, Inc. ("Metric"), Plaintiff in both of the adversary proceedings captioned above, moves the Court pursuant to Rule 7042, <u>Federal Rules of Bankruptcy Procedure</u>, to order the consolidation of the above two adversary proceedings, because these two adversaries involve common questions of law or fact. In support of this Motion, Metric represents as follows:

1. Debtor Jason Brown filed his Chapter 13 case on November 6, 2015; and Debtors Seth and Genevieve Winters filed their Chapter 13 bankruptcy on November 23, 2015, both in this Court. Both cases were assigned to the same Judge.

2. This Motion is filed in the lower numbered action, and identifies the other action for consolidation, pursuant to Local Rule 1015-1(a).

3. The Complaints filed in these two adversary actions involve common issues of fact and law. The Defendants acted together and in aggregate to cause substantial damages to Metric. Metric sued all these Debtor Defendants in a single action in Pima County Superior Court, Case No. C20131929. After disclosures and discovery, the case went to trial before a jury commencing on September 22, 2015, and the jury returned its verdict in favor of Metric and against all Debtor Defendants on September 28, 2015.

4. The resultant Judgment from that jury verdict against Defendants is attached as Exhibit A to both of the Complaints filed by Metric in these two adversary actions, and an additional copy is attached hereto for the convenience of the Court. As Plaintiff seeks a determination of dischargeability in both matters arising from the course of conduct committed by both Debtor Defendants arising from the Judgment, the issues of facts and law in both actions will be the same or very distinctly similar.

5. The requirements of Rule 7042, <u>Federal Rules of Bankruptcy Procedure</u>, are met here, and mandate consolidation of these two adversary actions for pre-trial matters and trial on the Complaints.

6. Consolidation of adversary proceedings lies within the sound direction of the Court. <u>In re Hearthside Baking, Inc.</u>, 391 B.R. 807, at 819 (B.C. N.D. Ill. 2008).

2
Case 4:16-ap-00056-BMW   Doc 8   Filed 03/29/16   Entered 03/29/16 14:34:11   Desc
Main Document   Page 2 of 4

1       7.     Where two adversary cases share common issues of fact and law, consolidation is appropriate; and where consolidation of those two adversary cases would promote judicial economy and better serve the convenience of the parties, then consolidation is very appropriate. Id., at 820; and In re The Appliance Store, Inc., 171 B.R. 525 (B.C. W.D. Pa. 1994).

      8.     Based on judicial economy and convenience of the parties, and common issues of law and fact, consolidation of these two adversary actions is more than appropriate. Also appropriate is a single trial, same as was done in the Pima County Superior Court action, Case No. C20131929, against all these Debtors as Defendants. Rule 42(a), Federal Rules of Civil Procedure, is made applicable here by Rule 7042, Federal Rules of Bankruptcy Procedure.

      9.     Each of the two adversaries involved here arise upon and concern common facts and underlying circumstances; and each of these two adversaries set forth the same legal claims for Metric, for relief under Bankruptcy Code §523(a)(4) and (6).

      Wherefore, Metric Roofing, Inc. moves the Court to order the consolidation of the two adversary actions above, including trial, pursuant to Rule 7042, Federal Rules of Bankruptcy Procedure, and also to grant Metric Roofing, Inc. such additional relief as the Court deems just or reasonable, or appropriate.

      DATED this 29th day of March, 2016.

                                      WATERFALL, ECONOMIDIS, CALDWELL,
                                      HANSHAW & VILLAMANA, P.C.

                                      By */s/ Steven M. Cox*
                                        Steven M. Cox
                                        Attorneys for Metric Roofing, Inc.

Filed this 29th day of March, 2016,        Seth Michael Winters
and copies mailed to:                         Genevieve Alyce Winters
                                            3430 W. Sunshine Butte Dr.
Jason S Brown                                 San Tan Valley, AZ 85142
9374 N Hampshire Drive                  *Debtors*
Tucson, AZ 85742
*Debtor*

| | | |
|---|---|---|
| 1 | Eric Slocum Sparks<br>Eric Slocum Sparks PC<br>110 S Church Ave #2270<br>Tucson, AZ 85701<br>*Attorneys for Debtor* | Kenneth L Neeley<br>Neeley Law Firm, PLC<br>2250 E. Germann Rd., Suite 11<br>Chandler, AZ 85286<br>*Attorneys for Debtor* |
| 2 | | |
| 3 | | |
| 4 | By: */s/ L. Collins* | Dianne C. Kerns<br>7320 N. La Cholla #154 PMB 413<br>Tucson, AZ 8574 |
| 5 | | |